UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AREILL IVES | No. 25 CR 621<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and the defendant, Areill Ives, through attorney Vadim Glozman, jointly file this status report regarding the above-captioned matter and state as follows:

1. In October 2025, the defendant was charged by information with one count of wire fraud, in violation of Title 18, United States Code, Section 1343. R.1. On October 28, 2025, the parties agreed to conditions of release for the defendant pursuant to a hearing before Judge Holleb Hotaling. R.7.

2. The government provided its first batch of discovery to the defendant prior to the filing of the information. The parties have since filed a motion with the Court for the entry of a protective order. R.5. The parties are awaiting the Court to grant the motion. Once the protective order is granted, the government has a second batch of discovery already prepared to provide to the defendant. The defendant will then need time to review that discovery.

1

3. Therefore, the parties seek approximately 60 days before a status hearing occurs or, alternatively, a date by which to file an updated status report.

4. The government moves to exclude time until and through the next hearing/status date in the interests of justice to allow the parties to disclose and review discovery, such that they may then confer regarding a potential resolution of the case. The defendant does not object to exclusion of time.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

By:   */s/ Sivashree Sundaram*
        Sivashree Sundaram
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 886-7631

Dated: January 5, 2026