UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 621 |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| AREILL IVES | ) | |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and defendant AREILL IVES, by his attorney, Vadim Glozman, submit the following joint status report pursuant to this Court's order of May 21, 2026 (doc. 23):

**1. Background**

On October 1, 2025, the government filed an information charging defendant with one count of wire fraud. Defendant was released on bond.

**2. Status of the Case**

The government has completed its discovery production and tendered a proposed plea agreement to defense counsel, which is under consideration and review by defendant. Additional time is requested for defendant to consider resolving the case by way of the plea agreement.

**3. Agreed Proposed Schedule**

The parties request that the Court schedule the next status hearing, or the filing of an updated status report, in or about 90 days to make a determination regarding the proposed plea agreement.

**4. Exclusion of Time**

Pursuant to 18 U.S.C. § 3161(h)(7), the government hereby moves to exclude time to serve the ends of justice by allowing the parties the reasonable time necessary for effective preparation, which includes time to consider the plea agreement, up to and including the next status hearing date scheduled by the Court. The defense has no objection to the government's motion to exclude time.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Brian Havey*
BRIAN HAVEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6305
brian.havey@usdoj.gov

ARIELL IVES
Defendant

*/s/Vadim Glozman*
VADIM GLOZMAN
Law Offices of Vadim A Glozman
53 W. Jackson Blvd., Suite 1150
Chicago, Illinois 60604
(312) 726-9015
vg@glozmanlaw.com